606

360 A.2d 649

Segal, Appellant, v. Agnew, et ux., et al.

Argued June 22, 1976. William H. Lamb, with him E. Craig Kalemjian, for appellant; Robert W. Lentz, with him John C. Snyder, for appellees.

Decree affirmed.

360 A.2d 668

Shirley et al. v. Delaware County, et al., Appellants.

Argued June 22, 1976. Charles W. Craven, with him John P. Penders, for appellants; Robert F. Fortin, with him Michael T. McDonnell, Jr., for appellees.

Order affirmed.